Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,

Plaintiffs,

v.

CASCADE STRUCTURES, LLC, a Washington limited liability company; JEFFREY A. PETERSEN, an individual; and ROBERT A. GARCIA, an individual,

Defendants,

BANK OF AMERICA, N.A.,

Garnishee.

Case No. 3:19-mc-05017-BHS

ORDER ON MOTION FOR JUDGMENT ON ANSWER OF GARNISHEE DEFENDANT AND ORDER TO PAY

ORDER ON MOTION FOR JUDGMENT ON ANSWER OF
GARNISHEE DEFENDANT AND ORDER TO PAY – 1
3:19-mc-05017-BHS

1700 016 ug051603

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1    This matter is before the Court on the motion of plaintiffs and judgment creditors, the Carpenters Trusts of Western Washington, for judgment on the answer of garnishee defendant Bank of America, N.A. and for an order to pay.

The Court has considered the motion, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court ORDERS:

1. The plaintiffs' motion is GRANTED;

2. Judgment shall be entered against Garnishee Defendant Bank of America, N.A. in the $2,428.45 amount listed in its answer to the writ;

3. Garnishee Defendant Bank of America, N.A. is ordered to promptly pay the $2,428.45 listed in its answer to the writ to the Clerk of Court;

4. Judgment shall be entered against defendant Cascade Structures, LLC for the $383.00 in costs listed in the Writ of Garnishment (Dkt. #3); and

5. Upon receipt of the garnished funds, the plaintiffs shall first satisfy the costs judgment entered against Cascade Structures, LLC.

Dated: October 7th, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER ON MOTION FOR JUDGMENT ON ANSWER OF
GARNISHEE DEFENDANT AND ORDER TO PAY – 2
3:19-mc-05017-BHS

1700 016 ug051603

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900